UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------
MARK ORLANDO,

                             Plaintiff,

          -against-

DR. GAETAN ZAMILUS,

                            Defendant.
--------------------------------------------------------------

22-CV-6161 (VB)

ORDER OF SERVICE

VINCENT L. BRICCETTI, United States District Judge:

    Plaintiff, currently incarcerated at Greenhaven Correctional Facility, brings this *pro se* action under 42 U.S.C. § 1983, alleging Defendant Dr. Gaetan Zamilus failed to provide him with adequate medical care when he was incarcerated in Fishkill Correctional Facility. By order dated August 12, 2022, the Court granted Plaintiff's request to proceed *in forma pauperis* ("IFP"), that is, without prepayment of fees.[1]

## DISCUSSION

    Because Plaintiff has been granted permission to proceed IFP, he is entitled to rely on the Court and the U.S. Marshals Service to effect service.[2] *See Walker v. Schult*, 717 F.3d. 119, 123 n.6 (2d Cir. 2013); *see also* 28 U.S.C. § 1915(d) ("The officers of the court shall issue and serve all process . . . in [IFP] cases."); Fed. R. Civ. P. 4(c)(3) (the court must order the Marshals Service to serve if the plaintiff is authorized to proceed IFP)).

---

[1] Prisoners are not exempt from paying the full filing fee even when they have been granted permission to proceed IFP. *See* 28 U.S.C. § 1915(b)(1).

[2] Although Rule 4(m) of the Federal Rules of Civil Procedure generally requires that a summons be served within 90 days of the date the complaint is filed, Plaintiff is proceeding IFP and could not have served the summons and the complaint until the Court reviewed the complaint and ordered that the summons be issued. Therefore, the Court extends the time to serve until 90 days after the date the summons is issued.

To allow Plaintiff to effect service on Defendant Dr. Gaetan Zamilus through the U.S. Marshals Service, the Clerk of Court is instructed to fill out a U.S. Marshals Service Process Receipt and Return form ("USM-285 form") for Defendant. The Clerk of Court is further instructed to issue a summons and deliver to the Marshals Service all the paperwork necessary for the Marshals Service to effect service on Defendant.

**If the complaint is not served within 90 days after the date the summons is issued, Plaintiff should request an extension of time for service.** See *Meilleur v. Strong*, 682 F.3d 56, 63 (2d Cir. 2012) (holding that it is the plaintiff's responsibility to request an extension of time for service).

**Plaintiff must notify the Court in writing if his address changes, and the Court may dismiss the action if Plaintiff fails to do so.**

## CONCLUSION

The Clerk of Court is instructed to issue a summons for Dr. Gaetan Zamilus, complete the USM-285 form with the address for this defendant, and deliver all documents necessary to effect service to the U.S. Marshals Service.

The Clerk of Court is further directed to mail a copy of this Order and an information package to Plaintiff.

SO ORDERED.

Dated:  August 15, 2022
        White Plains, New York

_____
VINCENT L. BRICCETTI
United States District Judge

## DEFENDANT AND SERVICE ADDRESS

1. Dr. Gaetan Zamilus
   Fishkill Correctional Facility
   18 Strack Drive
   Beacon, NY 12508