UNITED STATES DISTRICT COURT
SOURTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
MARK ORLANDO,
              Plaintiff,

v.

DR. GAETAN ZAMILUS,
              Defendant.
--------------------------------------------------------------x

**ORDER**

22 CV 6161 (VB)

*Copies Mailed/Faxed 1-13-23*
*Chambers of Vincent L. Briccetti*

    Plaintiff, who is proceeding pro se and in forma pauperis, commenced the instant action on July 19, 2022, alleging defendant failed to provide him with adequate medical care when he was incarcerated at Fishkill Correctional Facility.

    On August 15, 2022, the Court ordered the U.S. Marshals Service to effect service on defendant. (Doc. #9). On November 30, 2022, the U.S. Marshals Service docketed a process receipt and return of service executed indicating service on the inmate records coordinator at Fishkill Correctional Facility on November 29, 2022. (Doc. #14). Accordingly, defendant had until December 20, 2022, to respond to the complaint. See Fed. R. Civ. P. 12(a)(1)(A)(i).

    To date, defendant has not answered, moved, or otherwise responded to the complaint.

    Accordingly, by **February 17, 2023**, provided defendant has not answered, moved, or otherwise responded to the complaint, plaintiff is ORDERED to seek a certificate of default. Thereafter, by **March 17, 2023**, plaintiff shall file a motion for default judgment against defendant. Should plaintiff require procedural advice on moving for a default judgment, he should contact the Court's Pro Se Intake Unit, available by mail at 40 Foley Square, Room 105, New York, New York 10007, and by phone at (212) 805-0175. **If plaintiff fails to satisfy these deadlines, the Court may dismiss the case without prejudice for failure to prosecute. Fed. R. Civ. P. 41(b).**

1

Chambers will mail a copy of this Order and the form Clerk's Certificate of Default to plaintiff at the address on the docket, as well as to the New York State Office of the Attorney General, whom the Court would expect to represent defendant in this case, at the following address:

>   New York State Office of the Attorney General
>   44 South Broadway
>   White Plains, New York 10601

Dated: January 12, 2023
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge