UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
MARK ORLANDO,
           Plaintiff,

v.

DR. GAETAN ZAMILUS,
           Defendant.
--------------------------------------------------------------x

**ORDER**

22 CV 6161 (VB)

    The Court is in receipt of a letter from plaintiff, dated December 16, 2023 (Doc. #43), in which plaintiff contends he is entitled to a default judgment because defendant failed to serve document requests and interrogatories on plaintiff by December 5, 2023, as required by the Civil Case Discovery Plan and Scheduling Order. (Doc. #40).

    By January 5, 2024, defendant shall respond to plaintiff's letter. At that time, the Court shall decide how to proceed.

    Chambers will mail a copy of this Order to plaintiff at the address on the docket.

Dated: December 27, 2023
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge