```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/31/24
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------x

MARK ORLANDO,

                          Plaintiff,

v.

DR. GAETAN ZAMILUS,

                          Defendant.

--------------------------------------------------------------x

**ORDER**

22 CV 6161 (VB)

Copies Mailed/Faxed 5/31/24
Chambers of Vincent L. Briccetti

    At a conference held today on the record and attended by plaintiff and counsel for defendant, the Court heard from both parties regarding the alleged incident described in plaintiff's letter dated April 26, 2024 (Doc. #59), and defense counsel's letter filed May 14, 2024 (Doc. #61). The Court declines to find that any inappropriate contact between plaintiff and defendant occurred. However, the Court instructed plaintiff and defense counsel to take reasonable steps to avoid further interaction between plaintiff and defendant.

    In addition, plaintiff advised the Court he expects to be released on August 20, 2024. Accordingly, the conference currently scheduled for December 18, 2024, at 9:30 a.m. will proceed **in person**, in Courtroom 620 at the White Plains courthouse. The Court will consider an application to proceed remotely if appropriate.

    Chambers will mail a copy of this Order to plaintiff at the address on the docket.

Dated: May 31, 2024
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge