```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
MARK ORLANDO,                                      :
                    Plaintiff,                     :
                                                   :     ORDER
v.                                                 :
                                                   :     22 CV 6161 (VB)
GAETAN ZAMILUS,                                    :
                    Defendant.                     :
--------------------------------------------------------------x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/8/25

As discussed at a conference held today and attended by all counsel, the Court HEREBY ORDERS:

(i)   By **July 31, 2025**, plaintiff's counsel shall file a joint letter stating whether or not all parties consent to transfer jurisdiction of this case to a magistrate judge for all purposes, including trial. If the parties so consent, plaintiff's counsel must include a completed and executed copy of the "Notice, Consent, and Reference of a Civil Action to a Magistrate Judge" form, which is available on the Court's website.

(ii)  By **October 7, 2025**, plaintiff's counsel shall file a letter updating the Court regarding the scope of their representation.

(iii) By **October 7, 2025**, defense counsel shall file a joint letter regarding the status of settlement discussions and shall specify whether the parties wish to be referred to a magistrate judge or pro bono mediator for settlement discussions.

Dated: July 8, 2025
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge