**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MARK ORLANDO,<br><br>        Plaintiff,<br><br>           vs.<br><br>GAETAN ZAMILUS,<br><br>        Defendant | Case No. 7:22-cv-06161 (VR)<br><br>**STIPULATED AGREEMENT AND PROTECTIVE ORDER REGARDING USE OF CERTAIN DISCOVERY MATERIALS MARKED ATTORNEY'S EYES ONLY** |

VICTORIA REZNIK Magistrate Judge:

WHEREAS, on July 1, 2025, all of the parties to this action (the "Parties"; each a "Party") entered into, and the Court so-ordered, a Stipulated Confidentiality Agreement and Protective Order to protect the confidentiality of nonpublic and competitively sensitive information that Parties may need to disclose in connection with discovery in this action (Dkt. No. 94);

WHEREAS, the Stipulated Confidentiality Agreement and Protective Order provides that Parties may designate certain Discovery Materials Confidential or Attorney's Eyes Only and that materials so-designated are subject to certain limitations on disclosure and use in this action;

WHEREAS, the Stipulated Confidentiality Agreement and Protective Order does not set forth specific limitations on disclosure and use of materials designated Attorney's Eyes Only;

WHEREAS, since the entry of the so-ordered Stipulation, certain materials have been produced by counsel designated as Attorney's Eyes Only;

WHEREAS, the Parties, through counsel, agree this Stipulation is necessary to refine the terms of the above Order with respect to discovery materials designated Attorney's Eyes Only;

WHEREAS, IT IS HEREBY ORDERED that the Parties to this action, their respective officers, agents, servants, employees, and attorneys, any other person in active concert or

participation with any of the foregoing, and all other persons with actual notice of this Order will adhere to the following additional terms, upon pain of contempt:

1. Defendant has produced certain documents marked "Attorney's Eyes Only" at the request of DOCCS. These materials are subject to all of the terms governing disclosure and use of materials designated Confidential as set forth in the Stipulated Confidentiality and Protective Order (Dkt. No. 94), except that such materials may be disclosed only to the following persons:

a) All counsel of record, including any paralegal, clerical, or other assistant that counsel employs and assigns to this matter;

b) Parties who may appear in this action *pro se*, solely for the purpose of prosecuting or defending this action;

c) Any person a Party retains to serve as an expert witness, or otherwise provide specialized advice to counsel in connection with this action, provided such person has first executed a Non-Disclosure Agreement in the form annexed as Exhibit A;

d) Any deponent in this action, provided such person has first executed a Non-Disclosure Agreement, in the form annexed as Exhibit A, and that person (1) authored the document; (2) received a copy of that document, as indicated on the face of the document; and/or (3) is referenced by name in the document;

e) Stenographers engaged to transcribe depositions conducted in this action; and

f) This Court, in accordance with the Court's rules for filing documents under seal.

2. The Parties understand that this stipulation applies to disclosure of documents marked Attorney's Eyes Only through discovery and leading up to trial and does not apply to or address admissibility of the above documents at trial under the Federal Rules of Evidence. The Parties reserve their right to make any pre-trial motions *in limine* with respect to the documents marked Attorney's Eyes Only.


SO STIPULATED AND AGREED.


WHITEMAN OSTERMAN & HANNA LLP              MAYER BROWN LLP


 /s/ *Christina F. Vitolo*                  /s/ *Lauren M. Azeka*
Oriana L. Kiley                            Lauren M. Azeka
Christina F. Vitolo                        Miranda Z. Katz
One Commerce Plaza                         1221 Avenue of the Americas
Albany, New York 12260                     New York, New York 10020
(518) 487-7728                             (212) 506-2500
okiley@woh.com                             lazeka@mayerbrown.com
cvitolo@woh.com                            mzkatz@mayerbrown.com

*Attorneys for Defendant*                  *Attorneys for Plaintiff*
*Gaetan Zamilus*                           *Mark Orlando*


Dated: December 8, 2025


SO ORDERED.

Dated: December 9, 2025                     _____
White Plains, New York                     HON. VICTORIA REZNIK
                                           United States Magistrate Judge


3

EXHIBIT A TO STIPULATED AGREEMENT AND
PROTECTIVE ORDER REGARDING USE OF
CERTAIN DISCOVERY MATERIALS MARKED
ATTORNEY'S EYES ONLY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

MARK ORLANDO,

        Plaintiff,

        vs.

GAETAN ZAMILUS,

        Defendant

Case No. 7:22-cv-06161 (VR)

**NON-DISCLOSURE
AGREEMENT**

I, _____, acknowledge that I have read and understand the Protective Order in this action governing the non-disclosure of those portions of Discovery Material that have been designated as Confidential. I agree that I will not disclose such Confidential Discovery Material to anyone other than for purposes of this litigation and that at the conclusion of the litigation I will return all discovery information to the Party or attorney from whom I received it. By acknowledging these obligations under the Protective Order, I understand that I am submitting myself to the jurisdiction of the United States District Court for the Southern District of New York for the purpose of any issue or dispute arising hereunder and that my willful violation of any term of the Protective Order could subject me to punishment for contempt of Court.

_____

Name: _____

Date: _____

4